# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON C. WEBB. | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. 18-cv-1410-JPG |
| CHRIS OTEY, et al, | ) |
|         Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On August 15, 2018, Plaintiff was ordered to provide the Court with a legible copy of his Complaint on or before September 12, 2018. (Doc. 8). Copies of the Order and of the original Complaint were mailed to Plaintiff at the address on file with the Court. Plaintiff was clearly warned in that Order that failure to comply would result in dismissal of this case. The date to comply has passed, and Plaintiff has failed to provide the Court with a legible copy of his Complaint and has not otherwise communicated with the Court. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b). This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). All pending motions are **DENIED as moot**.

The Clerk's Office is **DIRECTED** to close this case and enter judgment.

**IT IS SO ORDERED.**

**DATED: September 25, 2018**

                                                s/J. Phil Gilbert
                                                United States District Judge